**FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE ___Western___ DISTRICT OF ___Texas___

JAN **14** 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
          DEPUTY

UNITED STATES OF AMERICA, Plaintiff

_____ VS. _____   Case No. __W-14-CR-139(01)__

__Kristin Galloway__, Defendant

## DEFENDANT'S MOTION TO CHANGE METHOD
## BY WHICH BALANCE OF SENTENCE IS SERVED

COMES NOW, the Defendant, __Kristin Galloway_____ and moved the Court for an order changing the method by which the balance of her sentence is served by allowing her to serve the remaining ___38___ months of her sentence on home confinement.

The Defendant relies upon 18 U.S C §3553 et. Seq., 42 U.S.C. §13882 and the memorandum of Points and Authorities below, in support of her motion.

## MEMORANDUM OF LAW

On __March 25, 2015__, the Defendant began serving the ___46___ month period of incarceration to which the Court sentenced her. The Defendant has thus far served ___8___ months plus the credit of ___180___ days. The Defendant is entitled to a projected total of ___180___ days good time to be credited toward the total amount of time to which she was sentenced. A Prisoner is entitled to 54 days of good conduct time per year of incarceration if the prisoner has a High School Diploma or GED. See 18 U.S. C. § 4161 and 28 CRFF 523.1 et. Seq. The Defendant in this case, currently has a __BS and an MBA__.

Pursuant to 42 U.S.C. § 13882, The Violent Crime Control and Law Enforcement Act of 1994, the Bureau of Prisons was authorized to initiate the Family Unity Demonstration Project, the purpose of which to alleviate the harm to children and families upon incarceration of a family member. The United States Congress enacted the Family Unity Demonstration Project law and charged the United States Bureau of Prisons with the responsibility for developing halfway house-like facilities in the communities across the United States which are capable of housing inmates as well as providing educational and other rehabilitative programs for prisoners and their children. See 42 U.S. C. § 13903.

Despite the fact that the United States Congress has appropriated funding for the implementation of the Family Unity Demonstration Project, the Bureau of Prisons has failed to and refuses to effectuate the Project. See 42 U.S. C. § 13904. When a Federal Agency has refused, through either nonfeasance or

malfeasance to follow the law, the Court is empowered to fashion an alternative remedy to effectuate the goal that Congress sought to achieve.

The Defendant has served approximately _____8_____ months of the _____46_____ month sentence which this Court imposed on her. The Defendant is currently employed at Federal Prison Camp at Bryan , at PO BOX 2197 Bryan, TX 77805.

The Defendant also wishes to bring to the attention of the Court the fact that she has participated in various programs (see enclosures). The Defendant prays the Court will show mercy in allowing her to return to the community in the interest of keeping her family together and becoming a productive citizen.

## CONCLUSION

Based upon the foregoing, the Defendant respectfully requests that the Court grant her motion to serve the remainder of her sentence on home confinement or in a halfway house-like facility on prerelease custody. The Defendant is a non-violent first time offender who poses no threat to society. Federal prisons are 40 percent over capacity.

Respectfully submitted,

On the __27th__ day of __November__ 20 __15__

_____

Signature of Movant

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**Current Progress Report: 11-16-2015**



| | | | |
|---|---|---|---|
| **Name:** | GALLOWAY, KRISTIN | **Institution:** | BRYAN FPC |
| **Register Number:** | 41798-380 | | P.O. BOX 2197 |
| **Security/Custody:** | MINIMUM/OUT | | BRYAN, TX 77805 |
| | | **Telephone:** | (979) 823-1879 |
| **Projected Release:** | 07-27-2018 / GCT REL | **Fax:** | 979-821-3316 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | 03-23-2016 | **Driver's License/State:** | / |
| **Next Custody Review Date:** | 09-25-2015 | **FBI Number:** | 185760CE1 |
| **Age/DOB/Sex:** | 33 / 05-12-1982 / F | **SSN:** | 460836378 |
| **CIM Status:** | N | **DCDC Number:** | |
| | | **INS Number:** | |
| | | **PDID Number:** | |
| | | **Other IDs:** | |

| | | | |
|---|---|---|---|
| **Release Residence:** | Robert Galloway, Husband | **Release Employer:** | *[Name]* |
| | 10333 EAGLE MOUNTAIN DR. | | *[Address]* |
| | WACO, TX 76712 | **Contact** | *[POC]* |
| **Telephone:** | (979) 209-4611 | **Telephone:** | |

| | | | |
|---|---|---|---|
| **Primary Emergency Contact:** | *[POC]* | **Secondary Emergency** | *[POC]* |
| | *[Address]* | **Contact:** | *[Address]* |
| **Telephone:** | | **Telephone:** | |

**Mentor Information:**

**Controlling Sentence Information:**

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| 18 USC 641; THEFT OF GOVERNMENT PROPERTY | 46 MONTHS | 3559 PLRA SENTENCE | 3 YEARS |

**Other Current Offenses:**

| |
|---|
| NONE |

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status | |
|---|---|---|---|---|---|
| 03-25-2015 | 7 MONTHS 24 DAYS / 1 / 0 | 180 / 0 / 0 | 0 / 0 / 0 | **Hearing Date:** | NOT ENTERED |
| | | | | **Hearing Type:** | |
| | | | | **Last USPC Action:** | |

**Detainers:**   N

**Special Parole Term:** NOT ENTERED
**Pending Charges:**   None known
**Cim Status:**   N                              **Cim Reconciled:**   N/A

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $100.00 | $100.00 | W-14-CR-139(01) | FINANC RESP-PARTICIPATES $25.00 MONTHLY |
| FINE USDC | $1000.00 | $1000.00 | W-14-CR-139(01) | |
| RESTITUTION FEDERAL VICTIM USDC | $154400.00 | $154400.00 | W-14-CR-139(01) | |

**Financial Plan**
**Active:**   Y
**Financial Plan Date:** 04-13-2015

**Comm Dep-6 mos:**   $0.00
**Commissary**
**Balance:**   $355.00

**Payments**

**Department of Justice**
# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## PROGRESS REPORT: 11-16-2015

| | |
|---|---|
| **Commensurate:** | Y |
| **Missed:** | N |

**Judicial Recommendations:**    / /

**Special Conditions of Supervision:**

| | | | |
|---|---|---|---|
| **USPO Sentencing:** | Joe Sanchez, Chief<br>Texas Western Probation Office<br>Federal Building<br>727 East Cesar E. Chavez Boulevard Room A405<br>San Antonio, TX 78206 | **USPO Relocation:** | [POC]<br>[District]<br>[Street Address/Suite]<br>[City], [State] [Zip] |
| **Phone/Fax:** | 210-472-6590 / 210-472-6599 | **Phone/Fax:** | [Phone] / [Fax] |

| | | | |
|---|---|---|---|
| **Subject to 18 U.S.C. 4042(B) Notification:** | N | **DNA Required:** | Y - [Date] |
| | | **Subject to Sex Offender Notifications:** | N |
| | | **Treaty Transfer Case:** | [Y,N] |

**Profile Comments:**

## EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| BRY | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-02-2015 | CURRENT |
| BRY | ESL HAS | ENGLISH PROFICIENT | 04-02-2015 | CURRENT |

## COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| PARENTING/ENGLISH STEP | 11-04-2015 | 12 |
| PARENTING/ESSENTIALS OF | 10-20-2015 | 12 |
| A WALK TO BEAUTIFUL | 11-03-2015 | 2 |
| LIFE OF DETROIT FIREFIGHTERS | 10-27-2015 | 2 |
| HALLOWEEN CARD MAKING | 10-19-2015 | 1 |
| OBESITY CLASS ON HEALTH RISKS | 10-04-2015 | 12 |
| BETH MOORE GODLY PEOPLE | 09-11-2015 | 7 |
| BERMUDA TRIANGLE | 09-08-2015 | 2 |
| VALLEY OF AMAZEMENT- BOOK CLUB | 09-01-2015 | 4 |
| AMERICA THE STORY OF US | 08-15-2015 | 2 |
| DOWN BUT NOT OUT - A. BAILEY | 08-05-2015 | 2 |

## HIGH TEST SCORES

| Test | Subtest | Score | Test Date | Test Facl | Form | State |
|---|---|---|---|---|---|---|
| Inmate has no score history items in this area | | | | | | |

## WORK DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|

**Name:** **GALLOWAY, KRISTIN**                                                      RegNo: **41798-380**

| BRY | AM KITCHEN | KITCHEN DETAIL/AM SHIFT | 08-04-2015 | CURRENT |
|-----|------------|-------------------------|------------|---------|

### WORK HISTORY

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|----------|-----------|------------------------------|------------|-----------|
| BRY | FOOD SVC | FOOD SERVICE | 08-03-2015 | 08-04-2015 |

### DISCIPLINE HISTORY

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|-----------|--------------|------------|------------------------------|----------|

Inmate has no disciplinary history items in this area

### MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|-----------|-------------|------------|-----------|
| BRY | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-23-2015 | CURRENT |

### MOVEMENT HISTORY

| Facility | Assignment | Start Date | Stop Date |
|----------|-----------|------------|-----------|
| CDA | DESIGNATED, AT ASSIGNED FACIL | 04-27-2015 | 04-27-2015 |
| CDA | *MULTIPLE TRIPS IN/OUT OF CDA | 04-15-2015 | 04-25-2015 |
| BRY | DESIGNATED, AT ASSIGNED FACIL | 04-01-2015 | 04-15-2015 |
| BRY | *MULTIPLE TRIPS IN/OUT OF BRY | 03-25-2015 | 04-01-2015 |

### CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|-----------|-------------|------------|-----------|
| BRY | RPP PART | RELEASE PREP PGM PARTICIPATES | 11-05-2015 | CURRENT |
| BRY | FND PART | FOUNDATION PROGRAM PARTICIPANT | 10-06-2015 | CURRENT |
| BRY | V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 03-25-2015 | CURRENT |

### MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|----------|-----------|-------------|------------|-----------|
| BRY | YES F/S | CLEARED FOR FOOD SERVICE | 07-30-2015 | CURRENT |
| BRY | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 07-30-2015 | CURRENT |

Department of Justice                                                    Federal Bureau of Prisons
**INMATE SKILLS DEVELOPMENT PLAN**      **PROGRESS REPORT: 11-16-2015**

## ACADEMIC          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ? | **INTELLECTUAL FUNCTIONING** |
| ? | **LITERACY** |
| ? | **LANGUAGE** |
| ? | **COMPUTER SKILLS** |
| | **Progress and Goals** |
| | PREVIOUS PROGRESS REPORT: 20150326 |

PREVIOUS PROGRESS REPORT: 20150326

PREVIOUS TEAM: 20150326

No recommendations at this time.

PREVIOUS TEAM: 20150923

No recommendations at this time.

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ? | **EMPLOYMENT HISTORY** |
| ? | **CAREER DEVELOPMENT** |
| ? | **INSTITUTION WORK HISTORY** |
| ? | **POST INCARCERATION EMPLOYMENT** |
| | **Progress and Goals** |

PREVIOUS PROGRESS REPORT: 20150326

PREVIOUS TEAM: 20150326

No recommendations at this time.

PREVIOUS TEAM: 20150923

No recommendations at this time.

Name: **GALLOWAY, KRISTIN**                                                            RegNo: **41798-380**

## INTERPERSONAL        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ? | **RELATIONSHIPS** |
| ? | **FAMILY TIES/SUPPORT SYSTEM** |
| ? | **PARENTAL RESPONSIBILITY**<br>⊖ children under the age of 21<br>① contact maintained with children<br>① contact with other parent<br><br>⊕ consistent financial support for all children legally responsible for<br><br>① RRC (MINT) Placement is recommended<br>① date referred: 03-26-2015<br>① MINT date: 04-15-2015<br>① delivery date: 05-02-2015<br>① return date to parent institution: 08-02-2015<br>① proposed guardian: Sheri Barnett |
| ✓ | **COMMUNICATION**<br>⊕ displays good communication skills |

| Progress and Goals |
|---|
| PREVIOUS PROGRESS REPORT: 20150326<br><br>PREVIOUS TEAM: 20150326<br><br>Complete Parenting in 2015.<br><br>PREVIOUS TEAM: 20150923<br><br>Completed the MINT program. While there, completed Pregnancy Workshop, Infant Care, Separation, Self Esteem Workshops, Victim Awareness and Parenting classes.<br>Since returning from the MINT, completed Down But Not Out.  No further recommendations at this time. |

Department of Justice
## INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## PROGRESS REPORT: 11-16-2015

## WELLNESS          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| (!) | **HEALTH PROMO/DISEASE PREVENT** <br> ⊖ overweight <br> (i) height 5 ft. 7 in. <br> (i) weight (lbs) 232 <br> (i) BMI Score 36.3 <br> (i) date calculated 04-06-2015 <br><br> ⊖ no regular exercise <br><br> ⊕ no evidence of behaviors associated with increased risk of infectious disease <br><br> ⊕ does not use tobacco (cigarettes, cigars, and/or smokeless tobacco) <br><br> ⊕ had a primary care provider or clinic (prior to incarceration) <br> ⊕ has health insurance coverage upon release |
| (!) | **DISEASE/ILLNESS MANAGEMENT** <br> ⊕ complies with treatment recommendations and/or takes medications as prescribed, or none required <br><br> ⊖ simple chronic care - easily managed medical or mental health conditions - See Exit Summary <br> ⊕ no dental problems <br> ⊕ no non-routine services/assistance devices needed |
| (✓) | **TRANSITIONAL PLAN** <br> ⊕ does not require medication upon release from custody <br> ⊕ does not require on-going treatment or follow-up after release from custody <br> (i) TB Clearance Complete - See Exit Summary <br> ⊕ health Services recommends for RRC placement |
| (?) | **GOVERNMENT ASSISTANCE** |

| Progress and Goals |
|---|
| PREVIOUS PROGRESS REPORT: 20150326 <br><br> PREVIOUS TEAM: 20150326 <br><br> Complete Women's Health, Nutrition, or Disease Prevention in 2015. <br><br> PREVIOUS TEAM: 20150923 <br><br> While Participating in the MINT program, competed Nutrition and Exercise Lecture classes. |

## MENTAL HEALTH          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| (?) | **SUBSTANCE ABUSE MANAGEMENT** |
| (?) | **MENTAL ILLNESS MANAGEMENT** |

Name: **GALLOWAY, KRISTIN**

RegNo: **41798-380**

## MENTAL HEALTH          *** Disregard Response Summary and utilize only the Progress & Goals section ***



**TRANSITIONAL PLAN**
- ⊕ no medication required upon release from custody
- ⊕ does not require on-going treatment after release from custody
- ① RRC placement not applicable



**APPROPRIATE SEXUAL BEHAVIOR**

| Progress and Goals |
|---|

PREVIOUS PROGRESS REPORT: 20150326

PREVIOUS TEAM: 20150326

No recommendations at this time.

PREVIOUS TEAM: 20150923

Galloway is returning from the MINT program. She is no longer prescribed psych meds and is stable. No current or recent psych concerns. ED NONE, DAP SCREEN. No other recommendations at this time.

Galloway reported a recent hx of tx for mental health concerns. She is being referred to the Psychiatrist due to recent meds. She is currently stable. ED NONE, DAP REFER. No other recommendations at this time.

## COGNITIVE          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
|  | **GENERAL BEHAVIOR** |
| | **CRIMINAL HISTORY** |
| | **DOMESTIC VIOLENCE/ABUSE** |
| | **CRIMINAL BEHAVIOR** |

| Progress and Goals |
|---|

PREVIOUS PROGRESS REPORT: 20150326

PREVIOUS TEAM: 20150326

No deficits, no recommendations.

PREVIOUS TEAM: 20150923

While at the MINT program, completed Victim Awareness classes.  No further recommendations.

## CHARACTER          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
|  | **PERSONAL CHARACTER** |

Department of Justice
# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## PROGRESS REPORT: 11-16-2015

## CHARACTER          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| | |
|---|---|
|  | **PERSONAL RESPONSIBILITY** |

| Progress and Goals |
|---|
| PREVIOUS PROGRESS REPORT: 20150326 |
| PREVIOUS TEAM: 20150326 |
| No deficits, no recommendations. |
| PREVIOUS TEAM: 20150923 |
| No deficits, no recommendations. |

## LEISURE          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
|  | **USE OF LEISURE TIME** |

| Progress and Goals |
|---|
| PREVIOUS PROGRESS REPORT: 20150326 |
| PREVIOUS TEAM: 20150326 |
| Complete Women's Health, Nutrition, or Disease Prevention in 2015. |
| PREVIOUS TEAM: 20150923 |
| Completed 15 hours community service with Beyond The Fence Program-Bryan Independent School District-Bonham Elementary School, Processing Classroom Library Books |
| 09-11-2015- Completed 8 hours of Community Service- BEYOND THE FENCE PROJECT- Branch Elementary School, Bryan Independent School District |
| Completed 8 hours of community services for the Beyond the Fence Project-Fannnin Elelmentray School, Bryan ISD |
| CURRENT: |
| 11-12-2015, Completed 6 hours of Community Service with The Beyond The Fence Program,  Bryan Independent School District,  made costumes for Thanksgiving program, Fannian Elementary. |
| 09-30-2015 Completed 10 hours of Community Service with Beyond The Fence Program, Neal & Milian Elementary School, Bryan ISD |
| 09-24-2015 Completed 20 hours community service with Beyond The Fence Program-Bryan Independent School District-Ross and Mitchell Elementary School, processing classroom library books. |

## DAILY LIVING          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ? | **FINANCIAL MANAGEMENT** |
| ? | **FOOD MANAGEMENT** |

Name: **GALLOWAY, KRISTIN**                                    RegNo: **41798-380**

## DAILY LIVING          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| | |
|---|---|
| **(?)** | **PERSONAL HYGIENE/SANITATION** |
| **(?)** | **TRANSPORTATION** |
| **(?)** | **IDENTIFICATION** |
| **(?)** | **HOUSING** |
| **(?)** | **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**<br>① recommended or ordered for RRC placement<br>① recommended range: 151-180 days |
| **(?)** | **FAMILY CARE** |

### Progress and Goals

PREVIOUS PROGRESS REPORT: 20150326

PREVIOUS TEAM: 20150326

Has secured DL and SSC in Central File.  MINT placement is requested for 04-15-2015, as she has a delivery date of 05-02-2015.

PREVIOUS TEAM: 20150923

Returned from the MINT program and will need relocation. RRC placement will be recommended in accordance with the Second Chance Act.



Mason Andrew Galloway

Madison - age 5
(left)
Reygan (right) age 3

Kristin Galloway #41798-380
Fedtral Prison Camp
PO Box 2149
Bryan, TX 77805

god Franklin

<>41798-380<>
Hon Walter Smith Jr.
900 Washington AVE
#201
WACO, TX 76701
United States



RECEIVED

JAN 1 4 2016

~~DISTRICT~~
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

1-27-15

W-14- CR-139(1)

Honorable Judge Smith,

Please consider the attached request concerning serving the remainder of my sentence on home confinement. I spent 3 months at a halfway house in Fort Worth without incident and have spent the remainder of time incident-free at Bryan Federal Prison Camp. I have made use of my time here by working, completing community service projects, attending classes, and exercising.

Judge Smith, my main concerns are my 3 children. My 5 year old struggles with autism, my 3 year old wonders why Mommy won't come home, and my infant son is separated from his siblings because my husband cannot emotionally and financially care for him. This separation from me, their primary caregiver and #1 advocate is hurting them. I am willing to meet any type of stipulation you may offer me. Be it strict home confinement, ankle monitor, or turning myself into the county jail every weekend— I would go through anything to be able to love and care for my children on a regular basis.

I pray that you will consider my request to serve this sentence in such a way that it will minimize the harmful effects this situation is playing on my children. My incarceration is temporary, but these formative years are laying the foundation for my children's whole lives.

Again, I appreciate your careful consideration,

Sincerely Kristin Galloway